UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 FEB -3 P 3: 47

CLERK
BY  CPC
DEPUTY CLERK

| | |
|---|---|
| DANIELLI DE SOUZA RIBEIRO, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:26-cv-15 |
| JONATHAN TUREK, in his official capacity as Interim-Superintendent, Chittenden Regional Correctional Facility – South Burlington; DONALD J. TRUMP, in his official capacity as President of the United States, GADYACES SERRALTA, in his official capacity as Director of the United States Marshals Service, PATRICIA HYDE, in her official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, DAVID W. JOHNSTON, in his official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, and PAMELA BONDI, in her official capacity as U.S. Attorney General, | ) |
| Respondents. | ) |

**TEMPORARY RESTRAINING ORDER**

Petitioner Danielli De Souza Ribeiro, a citizen of Brazil who recently arrived in the United States, was detained by Customs and Border Protection (CBP) in November 2025. (Doc. 1 ¶¶ 19, 35.) CBP officers transported her to Chittenden Regional Correctional Facility ("CRCF"). (*Id.* ¶ 35.) On November 10, 2025, she was charged with criminal illegal entry and transferred to the custody of the U.S. Marshals Service, though she remained at CRCF. (*Id.*

¶ 35.) Ms. De Souza Ribeiro's criminal charges were dismissed on January 21, 2026. (Doc. 1-2.) Despite the dismissal of her charges, she remains detained. (Doc. 1 ¶ 38.) Ms. De Souza Ribeiro alleges that she is still in the custody of the U.S. Marshals Service. (*Id.*)

On January 27, 2026, Ms. De Souza Ribeiro filed a habeas petition seeking release from custody. (Doc. 1.) She challenges her continued detention as a violation of the Fourth Amendment and the due process clause of the Fifth Amendment. She does not seek immediate release prior to a final order in his case.

Pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court ORDERS that Respondents not remove Petitioner Danielli De Souza Ribeiro from the District of Vermont or from the United States. This order shall remain in effect for 14 days. The court has already ordered briefing in this case. Respondents' must submit a response to the Petition for Habeas Corpus by February 6, 2026. Ms. De Souza Ribeiro has until February 11 to reply. After the court has received this briefing, it will set a hearing in this case. The Petitioner shall attend the hearing in person.

The court issues this TRO on an ex parte basis because the emergency motion discloses sufficient facts establishing irreparable injury if Petitioner is moved to another jurisdiction or from the United States. Specifically, if Petitioner is transferred outside this District, it may prohibit or impair her attendance at the court's habeas hearings and her effective preparation for those hearings with her attorney. *See* Fed. R. Civ. P. 65(b); *Ozturk v. Trump*, 2025 WL 1145250, at *3–4 (D. Vt. Apr. 18, 2025) (order prohibiting transfer issued). Respondents will suffer neither irreparable harm nor undue prejudice if Petitioner is not removed from the District pending the outcome of these proceedings.

Dated at Burlington, in the District of Vermont, this 3rd day of February, 2026.

De Souza Ribeiro v. Turek, *et al*.                                    Case No. 2:26-cv-15

_____
Geoffrey W. Crawford, Judge
United States District Court