# UNITED STATES DISTRICT COURT
for the
District of Vermont

DANIELLI DE SOUZA RIBEIRO

*Petitioner(s)*

v.

JONATHAN TUREK, in his official capacity as Interim-
Superintendent, Chittenden Regional Correctional
Facility, et al

*Respondent(s)*

)
)
)
)
)
)
)
)
)

Civil Action No.   2:26-cv-15

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document 17) filed February 23, 2026, petitioner's Amended Petition Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Document 14) was GRANTED IN PART AND DENIED IN PART. JUDGMENT is entered for petitioner Danielli De Souza Ribeiro, against respondents Jonathan Turek, Patricia Hyde, David W. Johnson, Todd M. Lyons, Kristi Noem, and Pamela Bondi.

Date:   March 30, 2026

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   3/30/2026

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Lisa A. Wright*

*Signature of Clerk or Deputy Clerk*